UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0967

UNITED STATES OF AMERICA,  )
                                                    ) Magistrate Case No._____
       Plaintiff,                )
                                                    ) COMPLAINT FOR VIOLATION OF
   v.                            )
                                                    ) Title 8, U.S.C., Section 1326
**Juan Victor ZAMORA**               ) Attempted Entry After
                                                  ) Deportation
      Defendant.              )
_____)

The undersigned complainant being duly sworn states:

On or about **March 29, 2008** within the Southern District of California, defendant **Juan Victor ZAMORA**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

                                          SIGNATURE OF COMPLAINANT
                                          Sara Esparagoza, United States Customs
                                          and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **1st** DAY OF **April, 2008**.

                                          UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Michael Pederson, declare under penalty of perjury the following to be true and correct:

On March 29, 2008 at approximately 12:15 PM, **Juan Victor ZAMORA (Defendant)** applied for admission to the United States at the San Ysidro Port of Entry, pedestrian primary lanes. Defendant presented a California Birth Certificate belonging to another person, and claimed US Citizenship to a CBP Officer. Defendant told the CBP Officer that he was on his way to California. The CBP Officer suspected that Defendant was falsely claiming United States Citizenship and referred him to secondary inspection.

During secondary inspection, a CBP Officer queried Defendant's fingerprints in the Integrated Automated Fingerprint Identification System (IAFIS) and Automated Biometric Identification System (IDENT). The officer received a positive match, confirming Defendant's identity and linking him to FBI and Immigration Service records.

Immigration records indicate that Defendant is a citizen of Mexico, without any rights or entitlements to either; enter, pass through, or reside in the United States.

Further queries in the Central Index System (CIS) and the Deportable Alien Control System (DACS) confirmed that on or about August 16, 2005, Defendant was ordered removed from the United States to Mexico by an Immigration Judge. Service Records also indicate that Defendant was last physically removed to Mexico through Calexico, California on March 27, 2008. Immigration records indicate the Defendant has neither applied for nor received permission to legally reenter the United States from the United States Attorney General or the Secretary of Homeland Security.

EXECUTED ON THIS 29th DAY OF **March 2007** AT **the San Ysidro Port of Entry.**

_____
Michael Pederson / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **(1)** page(s), I find probable cause to believe that the defendant named therein committed the offense on **March 29, 2008**, in violation of Title 8, United States Code, Section 1326.

_____      3/30/08  12:40pm
MAGISTRATE JUDGE                      DATE / TIME